WACHTELL ET AL., APPELLEES, *v.*
AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY, APPELLANT.

[Cite as Wachtell *v.* American Mfrs. Mut. Ins. Co. (1990), 54 Ohio St. 3d 90.]

(No. 90-116—Submitted August 29, 1990—Decided October 10, 1990.)

*Stewart & DeChant Co., L.P.A.,* and *Fred Wendel III,* for appellees.

*McNeal, Schick, Archibald & Biro Co., L.P.A.,* and *John C. Cubar,* for appellant.

The judgment of the court of appeals is reversed on authority of *State Farm Mut. Auto. Ins. Co.* v. *Webb* (1990), 54 Ohio St. 3d 61, 562 N.E. 2d 132.

MOYER, C.J., HOLMES, WRIGHT, H. BROWN and RESNICK, JJ., concur.

SWEENEY and DOUGLAS, JJ., dissent.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, APPELLANT, *v.*
MOLNAR ET AL., APPELLEES.

[Cite as State Farm Mut. Auto. Ins. Co. *v.* Molnar (1990), 54 Ohio St. 3d 90.]

(No. 90-852—Submitted August 29, 1990—Decided October 10, 1990.)

*Meyers, Hentemann, Schneider & Rea Co., L.P.A.,* and *Henry A. Hentemann,* for appellant.

*Harshman & Gervelis* and *Elizabeth A. Bernard,* for appellees.

The judgment of the court of appeals is reversed on authority of *State Farm Mut. Auto. Ins. Co.* v. *Webb* (1990), 54 Ohio St. 3d 61, 562 N.E. 2d 132.

MOYER, C.J., HOLMES, WRIGHT and H. BROWN, JJ., concur.

SWEENEY, DOUGLAS and RESNICK, JJ., dissent.